BEFORE THE FIRST DIVISION, APRIL 8, 1941

**No. 45671.**—Protest 20960–K of E. Leitz, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of parts of enlarging cameras, lenses not chief value, similar to those the subject of Abstract 7038. The claim at 20 percent under paragraph 1551 was therefore sustained.

**No. 45672.**—Protests 22412–K, etc., of Charles Garcia & Co., Inc., et al. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389) dogskins were held free of duty under paragraph 1681 as claimed.

**No. 45673.**—Protest 998512–G of Dr. Victor Altmann (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45674.**—Protest 998509–G of Felix Unger (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45675.**—Protest 998507–G of Alice Nascher (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45676.**—Protest 997651–G of Dr. Fritz Wertheimer (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45677.**—Protest 997650–G of Fritz Klein (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.